IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| MARK LANASA, M.D., Ph.D., <br>                           Plaintiff, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP, <br>                           Defendant. | Civil Action No.: 8:22-cv-01399-DLB |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S
MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 12(B)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") moves to dismiss Plaintiff's Complaint with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Law. AstraZeneca respectfully requests oral argument on this Motion.

                                                                          Respectfully submitted,

                                                                          MORGAN, LEWIS & BOCKIUS LLP

Dated: June 15, 2022                          */s/ Matthew J. Sharbaugh*
                                                                      Matthew J. Sharbaugh (Bar No. 18942)
                                                                      1111 Pennsylvania Avenue, NW
                                                                      Washington, DC  20004
                                                                      Telephone: (202) 739-3000
                                                                      Facsimile: (202) 739-3001
                                                                      matthew.sharbaugh@morganlewis.com

                                                                      Sarah E. Bouchard (*pro hac vice* to be filed)
                                                                      Brandon J. Brigham (*pro hac vice* to be filed)
                                                                      Lauren E. Marzullo (*pro hac vice* to be filed)
                                                                      1701 Market Street
                                                                      Philadelphia, PA  19103
                                                                      sarah.bouchard@morganlewis.com
                                                                      brandon.brigham@morganlewis.com
                                                                      lauren.marzullo@morganlewis.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the foregoing was filed via the ECF filing system and therefore served on all counsel of record.


Dated: June 15, 2022                                      *Matthew J. Sharbaugh*
                                                                 Matthew J. Sharbaugh