# EXHIBIT A

DocuSign Envelope ID: 260ACDEA-DB17-40DC-B8D8-D7AC833A5E91

 

REVISED
May 11, 2017


Mark Lanasa
12 Talley Court
Gaithersburg, MD 20878


Dear Mark:

I am pleased to offer you the position of Senior Director. Study Physician with AZPLP, a member of the AstraZeneca Group, reporting to James Pedicano. You are tentatively scheduled for a start date of May 29, 2017, pending completion of all pre-employment requirements. If you need to adjust this date, please contact your Recruitment Partner Amy Kocak, at 302-885-5918.

The starting salary for this position is $12,500.00 on a semi-monthly basis, which annualized is $300,000.00. Your salary will be reviewed annually, and you will be eligible to receive a salary increase beginning in 2018. Salary Increases will be based on the relationship of your salary to the market and your individual performance.

In addition, you will be eligible to participate in the AstraZeneca Incentive Plan (AZIP). Under this plan, your annual incentive target will be 40% of your actual base earnings for the bonus plan year payable annually in March beginning in March 2018. Your actual incentive award will be based on your individual performance and the overall performance of AstraZeneca.

You are also eligible to receive a sign-on bonus in the amount of $200,000.00. The first lump sum payment of $50,000.00 will be paid within 60 days of your joining us. Contingent upon continued employment with AstraZeneca, on or about June 30, 2018, you will receive another payment of $75,000.00. You will receive another payment of $75,000.00 at your two year anniversary. The appropriate deductions, including taxes, will be taken from these payments. Repayment equal to the total sign-on bonus received is required within 90 days of termination should you make the decision to leave the organization prior to completing one full year of employment.

From 2018, and based on current guidelines for your pay band, you may be eligible to be nominated for an award under the annual AstraZeneca Long-Term Incentive (LTI) Programme.  Such nominations are typically made in March of each year. If you are nominated for an award, the award will be expressed as a percentage of your annual base salary, and will be based on an assessment of both your potential and your individual sustained performance. All awards are at the entire discretion of AstraZeneca and subject to the approval of the AstraZeneca Board Remuneration Committee.  As the Company reviews its compensation plans and policies from time to time for competitiveness and other factors, it may make changes to the LTI Programme in the future, as appropriate in its discretion.

DocuSign Envelope ID: 260ACDEA-DB17-40DC-B8D8-D7AC833A5E91

You are eligible for up to 20 days of vacation annually, prorated based on your date of hire in accordance with the Vacation Policy.  Vacation is accrued on the first of the month following your date of hire (unless you are hired on the first of the month, at which time the Vacation accrual will start effective immediately).

Please refer to The AstraZeneca Group benefits policy which provides for 14 holidays (12 fixed holidays and 2 floating holidays) in 2017. Individuals are eligible for any fixed holidays remaining after their start date in the year they are hired. Eligibility for floating holidays is pro-rated in the year of hire. Floating holidays allow AstraZeneca employees increased flexibility for time off either in conjunction with, or independent of, the fixed holiday schedule.

You also will be eligible to participate in a generous employee benefits program, an overview of which is enclosed.  Some benefit plans will require you to make elections and choose levels of coverage to meet your personal needs. You will immediately be eligible to participate in the AstraZeneca Savings and Security Plan, our 401(k) plan.  It generally takes 1 to 2 pay periods for your elections to go into effect.  In the 401(k) plan, you will be immediately vested in the Company match, which is one dollar for every dollar you contribute up to 6% of eligible pay.

Also, beginning with your date of hire, the Company will automatically make AZ Retirement Company contributions to the AZSSP between 5% and 8% of eligible compensation based on your age and years of service as of December 31st of the prior calendar year.  Employees are 100% vested in these AZ Retirement Company contributions after they complete three years of service.

This offer is contingent upon (i) your successful completion of a drug screening test prior to your first day of employment; (ii) satisfactory results of a comprehensive background check (including, but not limited to, social security number, previous employment, conviction record, motor vehicle driving record, and education); (iii) proof of your eligibility to work for AstraZeneca in the United States.

In addition, all employees, citizens and non-citizens, hired after November 6, 1986 must provide proof of employment eligibility and identity by completing Form I-9, Employment Eligibility Verification. You will be required to complete Section 1 of Form I-9 no later than your first day of employment and to provide acceptable I-9 documents to prove your identity and employment eligibility no later than your third day of employment. You will receive a list of acceptable documents on or before your first day of employment.

Because the AstraZeneca Group is a technically sophisticated company, it is essential that our proprietary information and trade secrets be kept confidential. Accordingly, all employees are required to sign a Confidentiality and Proprietary Rights Agreement upon commencing employment. A copy of this agreement is provided on our "Welcome" website.

The AstraZeneca Group expects that you will honor your contractual and/or common-law obligations not to disclose any proprietary or trade secret information (such as patents, formulas, marketing plans, or confidential client information) you acquired while employed by your current or former employer. Furthermore, to the extent you have post-employment contractual obligations to another employer; by signing this letter below you certify to the AstraZeneca Group that you will be able to fully perform the duties and responsibilities of your position with AstraZeneca without violating any binding post-employment obligations to any former employer.

In addition, the AstraZeneca Group expects that you will maintain confidentiality regarding all terms and conditions of your employment including, but not limited to, salary, bonus, vacation eligibility, and relocation, if applicable.

In our search for new medicines for important areas of healthcare, the AstraZeneca Group is committed to innovative, high quality scientific studies, conducted to high ethical standards. Animal studies continue to play a small but vital role in the research and development of new and improved medicines. The welfare of the animals we use is a top priority. We may also use human embryonic stem cell lines in our research programs. Before accepting our offer, please ensure you are comfortable with this. If you would like to know more about these topics, please visit: **Research Ethics**

This offer letter is not intended to be, and should not be construed as, a contract of employment for any specific period of time. Employment at the AstraZeneca Group is at-will, which means that either you or the Company may terminate your employment at any time. The AstraZeneca Group also reserves the right to change the terms and conditions of employment, including the provisions of compensation and benefit programs, at any time.

We look forward to you joining the AstraZeneca Group and must receive confirmation of your acceptance before we will confirm your start date and begin your on-boarding process. Please indicate your acceptance of our offer as set forth in this letter using the e-signature link provided in your offer email by **May 12, 2017.** If there is a reason, you require a longer decision period please notify me prior to the expiration of this offer. Also, we ask that you print, sign, and bring a copy of this letter with you on your first day of employment. If you have any questions, please contact your, Recruitment Partner Amy Kocak, at 302-885-5918.

Best regards,

**Recruiter** 

I accept this offer as described above and anticipate a start date of May 29, 2017.

Signature: 

Date: 11 May 2017

**First Day and Onboarding Information:**
Logistical information regarding your first day and new hire orientation will be sent directly to you approximately one week prior to your first day of employment.  Other information about our way of working, culture and strategy will be sent to you upon acceptance of this offer letter.   You are encouraged to review the information so you are better informed and prepared. You will find the enrollment forms that need to be printed, completed and brought with you on your first day.