# EXHIBIT B





December 20, 2018

Mark Lanasa
12 Talley Court
Gaithersburg, MD 20878


Dear Mark:

I am pleased to offer you the position of VP, Global Development Lead, Immuno-Oncology, reporting to Hesham Abdullah. You are tentatively scheduled for a start date of January 7, 2019.  If you need to adjust this date, please contact your Talent Acquisition Partner - Cara Pinkney at charmieca.pinkney@astrazeneca.com.

**Compensation:**
The starting salary for this position is $14,300.00 on a semi-monthly basis, which annualized is $343,200.00.  Your salary will be reviewed annually and you will be eligible to receive a salary increase beginning in 2020.   Salary increases will be based on the relationship of your salary to the market and your individual performance.

**Bonus/Incentive Plan**
In addition, you will be eligible to participate in the relevant company short-term incentive plan at a target rate of 45% of your actual base earnings for the bonus year.  Your actual incentive award will be payable annually in March beginning in March 2020 in accordance with the terms and conditions of the Plan.

From 2020, and based on current guidelines for your pay band, you may be eligible to be nominated for an award under the annual AstraZeneca Long-Term Incentive (LTI) Program.  Such nominations are typically made in March of each year. If you are nominated for an award, the award will be expressed as a percentage of your annual base salary, and will be based on an assessment of both your potential and your individual sustained performance.  All awards are at the entire discretion of AstraZeneca and subject to the approval of the AstraZeneca Board Remuneration Committee.

As the Company reviews its compensation plans and policies from time to time for competitiveness and other factors, it may make changes to the LTI Program in the future, as appropriate at its discretion.

Additionally, you will become eligible to participate in the AstraZeneca Executive Deferred Compensation Plan, which provides you a tax-favored opportunity to save and invest for the future by deferring current receipt of portions of your compensation.  This voluntary plan offers an annual enrollment opportunity in June of each year for the next calendar year.  Your first opportunity to enroll will be in June 2019 for the 2020 Plan Year.

In addition, the AstraZeneca Group expects that you will maintain confidentiality regarding all terms and conditions of your employment including, but not limited to, salary, bonus, vacation eligibility, and relocation, if applicable.

DocuSign Envelope ID: 895BDCF0-CA2C-473F-BB2F-5DEA6C049B33

This offer letter is not intended to be, and should not be construed as, a contract of employment for any specific period of time. Employment at the AstraZeneca Group is at-will, which means that either you or the Company may terminate your employment at any time. The AstraZeneca Group also reserves the right to change the terms and conditions of employment, including the provisions of compensation and benefit programs, at any time.

We hope that you will accept this offer to continue your employment with the AstraZeneca Group in the new position. Please indicate your acceptance of our offer as set forth in this letter using the e-signature link provided in your offer email by December 21, 2018. If there is a reason you require a longer decision period please notify me prior to the expiration of this offer. Also, we ask that you print, sign, and bring a copy of this letter with you on your first day of employment. If you have any questions, please contact your Talent Acquisition Partner - Cara Pinkney at charmieca.pinkney@astrazeneca.com

Best regards,

*Amit Surana*

Head of Talent Acquisition North America

I accept this offer as described above and anticipate a start date of January 7, 2019.

Signature: *Mark Lanasa*

Date: 21 December 2018

TAQ Partner Initial: CP