# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mark Lanasa, M.D., Ph.D. | * |
| **Plaintiff,** | |
| | * |
| v. | Case No. 8:22-cv-1399 |
| AstraZeneca Pharmaceuticals LP | * |
| **Defendant.** | * |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]  Exhibit  C  which is an attachment to  Defendant AstraZeneca Pharmaceuticals LP's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by e-mail.

6/15/2022
Date

*[Signature]*
Signature

Matthew J. Sharbaugh (Bar No. 18942)
Printed Name and Bar Number

1111 Pennsylvania Ave., NW, Washington, DC 20004
Address

matthew.sharbaugh@morganlewis.com
Email Address

202.739.3000
Telephone Number

202.739.3001
Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)